■ UTILITIES & INDUSTRIES CORP., Respondent, v. CITY OF WHITE PLAINS, Appellant.— Order of the Supreme Court, Westchester County, dated November 9, 1966, affirmed, with $10 costs and disbursements. (*Port Jervis Water Works Co.* v. *Village of Port Jervis*, 151 N. Y. 111, 115; *Nunziato* v. *City of White Plains*, 255 App. Div. 885.) Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

■ MOLLIE VETTER, Appellant, v. MANUEL PORTER, Respondent.— In a medical malpractice action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Rockland County, entered March 26, 1965, in favor of defendant, upon a jury verdict. Judgment affirmed, without costs. In our opinion the trial court properly admitted the inconsistent statement of plaintiff's witness for the purposes of impeachment since it tended to contradict material portions of his testimony. We have examined plaintiff's other contentions and find them to be without merit. Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.